FILED

03/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0508

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0508

FILED

MAR 2 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

RANDALL KEITH ORTON,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until April 28, 2022, within which to file his opening brief.

DATED this 22nd day of March, 2022.

For the Court,

_____
Chief Justice